# **EXHIBIT A**

| Name | Full Title | Copyright Number | Date |
|---|---|---|---|
| Basbanes, Nicholas A. | Gentle madness : bibliophiles, bibliomanes, and the eternal passion for books / Nicholas A. Basbanes. | TX0004110834 | 1995 |
| Basbanes, Nicholas A. | Gentle madness : bibliophiles, bibliomanes, and the eternal passion for books / Nicholas A. Basbanes ; with new pref. | TX0004971547 | 1999 |
| Basbanes, Nicholas A. | Patience & fortitude : a roving chronicle of book people, book places, and book culture / Nicholas A. Basbanes. | TX0005454186 | 2001 |
| Basbanes, Nicholas A. | Among the gently mad : perspectives and strategies for the book hunter in the twenty-first century / Nicholas A. Basbanes. | TX0005645042 | 2002 |
| Basbanes, Nicholas A. | Splendor of letters : the permanence of books in an impermanent world / Nicholas A. Basbanes. | TX0005970712 | 2003 |
| Basbanes, Nicholas A. | Every book its reader : the power of the printed word to stir the world / Nicholas A. Basbanes. | TX0006308933 | 2005 |
| Basbanes, Nicholas A. | World of Letters: Yale University Press 1908-2008. | TX0006926344 | 2008 |
| Basbanes, Nicholas A. | ON PAPER: The Everything of Its Two-Thousand-Year History. | TX0007812094 | 2013 |
| Gage, Nicholas | Mafia is not an equal opportunity employer. | RE0000671256 | 1971 |
| Gage, Nicholas | Eleni / By Nicholas Gage. | V2030P158 | 1983 |
| Gage, Nicholas | Eleni / By Nicholas Gage. | V2030P159 | 1983 |
| Gage, Nicholas | Eleni / Nicholas Gage. | TX0001174480 | 1983 |
| Gage, Nicholas | My mother Eleni : the search for her executioners / by Nicholas Gage. | TX0001172715 | 1983 |
| Gage, Nicholas | Eleni / produced by Nick Vanoff, Mark Pick, Nicholas Gage ; directed by Peter Yates. | PA0000276874 | 1985 |
| Gage, Nicholas | Portrait of Greece / By Nicholas Gage, with photos. by Margot Granitsas. | V2200P040 | 1986 |
| Gage, Nicholas | Hellas : a portrait of Greece / by Nicholas Gage. | TX0001978671 | 1986 |
| Gage, Nicholas | Place for us / Nicholas Gage. | TX0002711079 | 1989 |

2

| Gage, Nicholas | Aegean summer : a family odyssey / by Mimi LaFollette Summerskill ; with an introd. by Nicholas Gage. | TX0002983489 | 1990 |
| Gage, Nicholas | [Eleni / by Nicholas Gage]. | SR0000134312 | 1991 |
| Gage, Nicholas | Greece : land of light / text by Nicholas Gage ; photos by Barry Brukoff. | TX0004821578 | 1998 |
| Gage, Nicholas | Greek fire : the story of Maria Callas and Aristotle Onassis / Nicholas Gage. | TX0005306153 | 2000 |
| Gage, Nicholas | Greek fire. TX 5-306-153. | V3581D630 | 2009 |