## **EXHIBIT A**

**Related Civil Cases**

Judge Sidney H. Stein, Docket Number 1:23-cv-08292-SHS

Judge Sidney H. Stein, Docket Number 1:23-cv-10211-SHS

Judge Sidney H. Stein, Docket Number 1:23-cv-11195-SHS