UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMMEX CORPORATION,

                               Movant,                **ORDER TO SHOW CAUSE**

     -against-                             24 Misc. 84 (KMK)(JCM)

NY HEALTHLIFE, LLC

                               Respondent.
------------------------------------------------------------X

      On February 22, 2024, AMMEX Corporation ("AMMEX") initiated this action to compel NY Healthlife, LLC ("Healthlife"), to respond to a subpoena served on October 19, 2023. (Docket Nos. 1,4,5). AMMEX served notice of the commencement of this action and its motion to compel on Healthlife on February 26, 2024. (Docket No. 8). On February 27, 2024, the Court ordered Healthlife to respond to the Motion to Compel by March 12, 2024, (Docket No. 7), which AMMEX served on Healthlife on February 28, 2024, (Docket Nos. 9, 10). To date, Healthlife has not filed a response and, therefore, is in violation of the Court's February 27, 2024 Order.

      Accordingly, by April 1, 2024, Healthlife is **ORDERED** to: (1) explain its failure to abide by this Court's Order, and (2) **SHOW CAUSE** why: (i) the Court should not deem AMMEX's Motion to Compel fully submitted, and (ii) impose sanctions on Healthlife for its failure to comply with the Court's February 27, 2024 Order. Failure to abide by this Order to Show Cause will result in the Court deeming the matter fully submitted and unopposed.

AMMEX is directed to serve a copy of this Order on Healthlife and file proof of service with the Court by March 20, 2024.

Dated:  March 18, 2024
        White Plains, New York

**SO ORDERED:**

_____
JUDITH C. McCARTHY
United States Magistrate Judge