## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, et al., <br><br>          Plaintiffs, <br><br>  v. <br><br>OPENAI INC., et al., <br><br>          Defendants. <br><br> JONATHAN ALTER, et al., <br><br>          Plaintiffs, <br><br>  v. <br><br>OPENAI INC., et al., <br><br>          Defendants. <br><br> NICHOLAS A. BASBANES, et al., <br><br>          Plaintiffs, <br><br>  v. <br><br>MICROSOFT CORPORATION, et al., <br><br>          Defendants. | No. 1:23-cv-08292-SHS-OTW <br> No. 1:23-cv-10211-SHS-OTW <br> No. 1:24-cv-00084-SHS-OTW <br><br> **NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of Defendants OpenAI, Inc., OpenAI OpCo, LLC , OpenAI GP, LLC, OpenAI LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings, LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, and OpenAI Startup Fund Management LLC (together, "OpenAI"):

Michael A. David
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: *michael.david@lw.com*

Dated:  October 24, 2024

Respectfully submitted,

**LATHAM & WATKINS LLP**

/s/ <u>*Michael A. David*</u>
Michael A. David
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: *michael.david@lw.com*

*Attorneys for OpenAI*