## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AUTHORS GUILD, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>OPENAI INC., et al.,<br><br>　　　　　　　　　　Defendants. | No. 1:23-cv-08292-SHS-OTW<br>No. 1:23-cv-10211-SHS-OTW<br>No. 1:24-cv-00084-SHS-OTW<br><br>**NOTICE OF APPEARANCE** |
| JONATHAN ALTER, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>OPENAI INC., et al.,<br><br>　　　　　　　　　　Defendants. |  |
| NICHOLAS A. BASBANES, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>　　　　　　　　　　Defendants. |  |

PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of Defendants OpenAI, Inc., OpenAI OpCo, LLC , OpenAI GP, LLC, OpenAI LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings, LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, and OpenAI Startup Fund Management LLC (together, "OpenAI"):

Herman H. Yue
Latham & Watkins LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: *herman.yue@lw.com*

Dated:  October 29, 2024

Respectfully submitted,

**LATHAM & WATKINS LLP**

*/s/ Herman H. Yue*
Herman H. Yue
1271 Avenue of the Americas
New York, New York, 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: *herman.yue@lw.com*

*Attorneys for OpenAI*

2