**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
IN RE:                                                    :
                                                          :
OPENAI, INC.,                                             :     25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,                        :
                                                          :
                                                          :     <u>**ORDER**</u>
This Document Relates To:                                 :
**ALL ACTIONS**                                           :
                                                          :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court entered the parties' final stipulated protective order on July 24, 2025. (*See* ECF 367). Accordingly, OpenAI's motion for a protective order at ECF 286 is **DENIED as moot.**

The Clerk of Court is respectfully directed to close ECF 286.

**SO ORDERED.**

Dated: September 3, 2025                    *s/ Ona T. Wang*
       New York, New York                   **Ona T. Wang**
                                            United States Magistrate Judge